UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                          Bankruptcy No.

    SCI Engineering, P.C.                          Chapter 11

-----------------------------------------------------------------X

## LIST OF CREDITORS HOLDING UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address, including Zip Code | Name, Telephne Number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| NEW YORK STATE DEPT OF FIN<br>NYS ASSESSMENT RECEIVABLES<br>PO BOX 4127<br>BINGHAMTON, NY 13902-4127 | NEW YORK STATE DEPT OF FIN<br>NYS ASSESSMENT RECEIVABLES<br>PO BOX 4127<br>BINGHAMTON, NY 13902-4127 | New York State Tax | | $163,000.00 |
| IRS DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>IRS-ACS/CDP<br>PO BOX 42346<br>PHILADELPHIA, PA 19101-2346 | IRS DEPT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>IRS-ACS/CDP<br>PO BOX 42346<br>PHILADELPHIA, PA 19101-2346 | Federal Tax | | $800,000.00 |
| Popular Community Bank<br>P.O. Box 4503<br>Oak Park, Illinois 60303-4503 | Popular Community Bank<br>P.O. Box 4503<br>Oak Park, Illinois 60303-4503 | Bank Loan | | $342,779.64 |
| Chellappa Shanmugam a/k/a/ Shan Shanmugam<br>35 Bruseel Drive<br>New Hyde Park, New York 11040 | Chellappa Shanmugam a/k/a/ Shan Shanmugam<br>35 Bruseel Drive<br>New Hyde Park, New York 11040 | Judgment | | $164,191.78 |
| Windham Professionals<br>382 Main Street<br>Salem, NH 03079-2412 | Windham Professionals<br>382 Main Street<br>Salem, NH 03079-2412<br>(800) 229-8620 | | | $35,970.86 |

1