Form B6 SUM (12/07)  **Blumberg** Excelsior, Inc., Publisher, NYC 10013

**\*\*AMENDED\*\***

# UNITED STATES BANKRUPTCY COURT   Southern   DISTRICT OF   New York

In re: SCI Engineering, P.C.

Debtor(s)   Case No.
Chapter

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | x | 1 | 0.00 | | |
| B - Personal Property | x | 6 | 703319.00 | | |
| C - Property Claimed as Exempt | x | 1 | | | |
| D - Creditors Holding Secured Claims | x | 1 | | 1339316.00 | |
| E - Creditors Holding Unsecured Priority Claims | x | 1 | | 1404539.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | x | 2 | | 170,534.00 | |
| G - Executory Contracts and Unexpired Leases | x | 1 | | | |
| H - Codebtors | x | 1 | | | |
| I - Current Income of Individual Debtor(s) | x | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | x | 1 | | | 0.00 |
| Total Number of Sheets of All Schedules | | 16 | | | |
| Total Assets | | | 703319.00 | | |
| Total Liabilities | | | | 2914389.00 | |

***AMENDED***

 **Form B6 A (12/07)**     **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.                    Debtor(s) Case No.              (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  | Total -> |  | (Report also on Summary of Schedules) |

Form B6 B (12/07)   ***AMENDED***   Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.                    Debtor(s)        Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 01 Cash on hand | x | | | |
| 02 Checking savings or other financial accounts certificates of deposit or shares in banks savings and loan thrift building and loan and homestead associations or credit unions brokerage houses or cooperatives. | | Checking Account, ending 3501; JPMorgan Chase Bank, N.A<br>PO Box 659754<br>Sana Antonio, TX 78265-9754 | | 0.00 |
| | | Checking Account, Ending 1170; TD Bank<br>1701 Route 70 East<br>Cherry Hill, New Jersey 08034 | | 0.00 |
| | | Checking Account, Ending 1063; TD Bank<br>1701 Route 70 East<br>Cherry Hill, New Jersey 08034 | | 0.00 |
| | | Checking Account, Ending 8339; City Bank CBO Services<br>P O box 769018<br>San Antonio Texas | | 0.00 |
| 03 Security Deposits with public utilities telephone companies landlords and others. | | Rent Security - 241 Realty MGT LLC | | 17,526.00 |
| 04 Household goods and furnishings including audio video and computer equipment. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    17,526.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**    ***AMENDED***    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  SCI Engineering, P.C.                     Debtor(s)    Case No.                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 05 Books; pictures and other art objects; antiques; stamp coin record tape compact disc and other collections or collectibles. | x | | | |
| 06 Wearing apparel. | x | | | |
| 07 Furs and jewelry. | x | | | |
| 08 Firearms and sports photographic and other hobby equipment. | x | | | |
| 09 Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | x | | | |
| 10 Annuities. Itemize and name each issuer. | x | | | |
| 11 Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1) Give particulars.(file separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    17,526.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**                               ***AMENDED***

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re:  SCI Engineering, P.C.                        Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12 Interests in IRA ERISA Keogh or other pension or profit sharing plans. Give particulars. | x | | | |
| 13 Stock and interest in incorporated and unincorporated businesses. Itemize. | x | | | |
| 14 Interest in partnerships or joint ventures. Itemize. | x | | | |
| 15 Government and corporate bonds and other negotiable and non-negotiable instruments. | x | | | |
| 16 Accounts receivable. | | Accounts Receivable | | 680,793.00 |
| 17 Alimony maintenance support and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 18 Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    698,319.00

_____ Continuation sheets attached

***AMENDED***

Form B6 B (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.      Debtor(s)    Case No.         (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | WHJC | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19 Equitable or future interests life estates and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | x | | | |
| 20 Contingent and non-contingent interests in estate of a decedent death benefit plan life insurance policy or trust. | x | | | |
| 21 Other contingent and unliquidated claims of every nature including tax refunds counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | x | | | |
| 22 Patents copyrights and other general intellectual property. Give particulars. | x | | | |
| 23 Licenses franchises and other general intangible. Give particulars. | | Professional Engineer's Services License | | 0.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)  Total -> 698,319.00

_____ Continuation sheets attached

**Form B6 B  (12/07)**   ***AMENDED***

BlumbergExcelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.                    Debtor(s)    Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24 Customer lists or compilations containing personally identifiable information (as defined in 11U.S.C. §101(41A)) provided by individuals connected with obtaining product or service from the debtor primarily for personal family or household purposes. | x | | | |
| 25 Automobiles trucks trailers and other vehicles and accessories. | x | | | |
| 26 Boats motors and accessories. | x | | | |
| 27 Aircraft and accessories. | x | | | |
| 28 Office equipment furnishings and supplies. | | Office furniture and equipment; Debtor's office | | 5,000.00 |
| 29 Machinery fixtures equipment and supplies used in business. | x | | | |
| 30 Inventory. | x | | | |
| 31 Animals. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    703,319.00

_____ Continuation sheets attached

**Form B6 B (12/07)** ***AMENDED***

Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.     Debtor(s)     Case No.     (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | W H J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32 Crops-growing or harvested. Give particulars. | x | | | |
| 33 Farming equipment and implements. | x | | | |
| 34 Farm supplies chemicals and feed. | x | | | |
| 35 Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)    Total ->    703,319.00

_____ Continuation sheets attached

***AMENDED***

**Form B6 C (04/10)** Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

**Debtor claims the exemptions to which debtor is entitled under:**  ☐ Check if debtor claims a homestead exemption that exceeds $146,450

☐ 11 U.S.C. § 522(b)(2)

☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
|  |  |  |  |

Form B6 D (12/07) **Blumberg**Excelsior, Inc., Publisher, NYC 10013    \*\*\*AMENDED\*\*\*

In re: SCI Engineering, P.C.                                    Debtor(s)    Case No.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D \* |
|---|---|---|---|---|---|---|
| A/C # <br> Chellappa Shanmugam <br> 35 Bruseel Drive <br> New Hyde Park, New York 11 | | | VALUE $ 0.00 <br> Judgment; 2013; appeal pending | 164,192.00 | 164,192.00 | |
| A/C # <br> Popular Community Bank <br> P.O. Box 4503 <br> Oak Park, Illinois 60303-4 | | | VALUE $ 685,793.00 <br> 2008; all assets including Accounts receivable ($680,793) and equipment ($5,000) | 1,175,124.00 | 489,331.00 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| | | | Subtotal -> (Total of this page) | 1,339,316.00 | 653,523.00 | |
| | | | Total -> | 1,339,316.00 | 653,523.00 | |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

\*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

(If applicable, Report also on Statistical Summary of Certain Liabilities and Related Data.)

***AMENDED***

Form B6 E  (04/10)       Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.                     Debtor(s)   Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $11,725 per employee, earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $5775 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. §507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2425 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Alimony, Maintenance, or Support**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative od such child, or a governmental unit whom such a domestic support claim was assigned to the extent provided in U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(8)

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for deathe or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intocicated from using alcohol, a drug, or another substance 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NO. (See Instructions) | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMT NOT ENTITLED TO PRIORITY, IF ANY | C U D * |
|---|---|---|---|---|---|---|---|
| A/C# | | | | 1,240,000.00 | 1,240,000.00 | | |
| IRS DEPT OF THE TREASURY INTERNAL REVENUE SERVICE IRS-ACS/CDP PO BOX 42346 PHILADELPHIA, PA 19101-2346 | | | 2011 - Date payroll taxes | | | 0.00 | |
| A/C# | | | | Total 164,539.00 | 164,539.00 | | |
| NEW YORK STATE DEPT OF FIN NYS ASSESSMENT RECEIVABLES PO BOX 4127 BINGHAMTON, NY 13902-4127 | | | 2011 - Date payroll taxes | | Total -> | 0.00 | |

Continuation Sheets attached.

Subtotal -> (Total of this page) 1,404,539.00 | 1,404,539.00
                                                                0.00

(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules.)     Total -> 1,404,539.00 | 1,404,539.00

(Use only on last page of the completed Schedule E.)                              Total -> 0.00
If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)

Form B6 F (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

**In re:** SCI Engineering, P.C.                    **Debtor(s)**    **Case No.**              (if known)

*** AMENDED ***

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| 241 Realty MGT LLC<br>21-21 41st Avenue<br>Long Island City, NY 1110 | | | Rent | | 17,436.00 |
| 396 Whitehead Assoc, LLC<br>396 Whitehead Ave<br>South River, NJ 08882 | | | Rent, 2013 | | 11,200.00 |
| Adelman Katz & Mond<br>230 West 41 Street 15 Flo<br>New York, New York 10036 | | | Professional Services; 2012 | | 13,536.00 |
| Grassi & Co.<br>50 Jericho Quadrangle<br>Jericho, NY 11753 | | | Professional Services; 2011 | | 19,511.00 |
| Harmony Mills South LLC<br>c/o Ganz Wolkenbriet & Si<br>One Columbia Circle<br>Albany, New York 12203 | | | Rent arrears | | 2,837.00 |
| Jack Stuart Beige and Ass<br>119 West Main Street<br>Smithtown, NY 11787 | | | Professional Services; 2012 | | 15,045.00 |

_X_ continuation sheets attached.

Subtotal $ 79,565.00

Total $ 79,565.00

(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

AMENDED

Form B6 F (12/07)    Blumberg Excelsior, Inc., Publisher, NYC 10013

**In re:** SCI Engineering, P.C.                                **Debtor(s)**    **Case No.**                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See Instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| NYS Unemployment Insuranc<br>PO Box 4301<br>Binghamton, NY 13902 | | | | | 29,912.00 |
| Ralph A. Hummel<br>137 Woodbury Road<br>Woodbury, New York 11797 | | | Professional Services; 2011 | | 39,477.00 |
| Windham Professionals<br>382 Main Street<br>Salem, NH 03079-2412 | | | Professional Payroll Services; 2011 | | 21,580.00 |
| | | | | | |
| | | | | | |
| | | | | | |

_____ continuation sheets attached.

Subtotal    $    90,969.00

(Use only on last page of the completed Schedule F.)    Total    $    170,534.00
(Report total also on Summary of Schedules and,
if applicable, on the Statistical Summary of Certain
Liabilities and Related Data.)

***AMENDED***

**Form B6 G (12/07)**    Blumberg Excelsior, Inc., Publisher, NYC 10013

In re: SCI Engineering, P.C.                    Debtor(s)    Case No.                    (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| 241 Realty MGT LLC<br>21-21 41st Avenue<br>Long Island City, NY 11101 | Office Lease; nonresidential real property |
| 396 Whitehead Assoc, LLC<br>396 Whitehead Ave<br>South River, New Jersey 08882 | Office Lease; nonresidential real property |

**Form B6 H  (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013

In re:    SCI Engineering, P.C.                                             Debtor(s)    Case No.                    (if known)

## SCHEDULE H - CODEBTORS

☒  Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

AMENDED

SCI Engineering, P.C.

**Form B6 H  (12/07)**    **Blumberg**Excelsior, Inc., Publisher, NYC 10013