UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

In re:                                                                                      Bankruptcy No. 14-10791-smb
  SCI Engineering, P.C.

                                                                                             Chapter 11

---------------------------------------------------------------X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE,** that upon the annexed application of SCI Engineering, P.C., the Debtor in this voluntary Chapter 11 case, by and through its attorneys GABOR & MAROTTA LLC, will move this court before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the Southern District of New York, at the U.S. Courthouse located at One Bowling Green, New York, NY 10004, Courtroom 723, on the 18th day of December, 2014, at 10:00 a.m. for an Order pursuant to 11 U.S.C. § 1112 dismissing this Chapter 11 case, and for such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the instant application must be made in writing and received in the Bankruptcy Clerk's office, United States Bankruptcy Court, Southern District of New York, and by the undersigned, Gabor & Marotta LLC, 1878 Victory Boulevard, Staten Island, New York 10314, and all other parties requiring such notice no later than seven (7) days prior to the hearing date set forth herein.

Dated: Staten Island, New York
           October 29, 2014

                                                                             _____/s/ Richard M. Gabor____
                                                                             Richard M. Gabor, Esq.
                                                                             Counsel for the Debtor
                                                                             GABOR & MAROTTA LLC
                                                                             1878 Victory Blvd.
                                                                             Staten Island, New York 10314
                                                                             (718) 390-0555