UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:                                                                                          Bankruptcy No. 14-10791-smb
 SCI Engineering, P.C.
                                                                                                Chapter 11
-------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Based upon the hearing held before this Court on January 21, 2014, and the motion brought by Debtor, SCI Engineering, P.C., for dismissal of this case under pursuant to 11 U.S.C. § 1112(b), and it appearing that appropriate notice has been given, and cause existing for the relief requested, it is hereby

Ordered, that this case be and is hereby dismissed for cause pursuant to 11 U.S.C. § 1112(b); and it is further

Ordered, that within ten days after the entry of this Order, the Debtor shall pay to the United States Trustee the appropriate quarterly fees required pursuant to 28 U.S.C. § 1930(a)(6), plus accrued interest pursuant to 31 U.S.C. 3717and serve upon the United States Trustee an appropriate affidavit indicating the cash disbursements for the period between the filing of this case and the date of entry of this Order.

Dated: February 2nd, 2015
         New York, New York

                                                            /s/ STUART M. BERNSTEIN_____
                                                            THE HONORABLE STUART M. BERNSTEIN
                                                            UNITED STATES BANKRUPTCY JUDGE